PD#-1327-15

Criminal Court of Appeals

FILED IN
COURT OF CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS          December 16, 2015

DEC 21 2015

Abel Acosta, Clerk

My name is Anthony Mallard. I'm 29 years old. I was found guilty on December 18, 2014. I was sentenced to 5 years in prison for a crime I didn't commit. Prior to my conviction and inceration, I had a family. A lovely wife and three children which I have two daughters and a son. I went to trial by judge and was sentenced. I didn't take a plea deal. During my trial my counsel didn't object to none of the statements that was false. If you had looked into my transcript of the trial you would've seen that the Opening date was invalid. The date it was suppose to occur on was December 29. The DA said it occured on November 29 which is the wrong date. As the victim testified she stated it was a Sunday Night which it wasn't. It was a Saturday night. As the officer testifies, they were called out at 3:39 a.m. Supposedly the incident happened about 1:00 a.m. I was home in the Bed at that time of 3:39 a.m. The victim father testified and his testimony was hear say because he wasn't around when the incident supposedly had happened. The they witness and the victim as well as everybody in their party was in the same room trying to get their stories together, which is recorded on the transcript. The victim and witness statements are not credibile. There is nothing consistent in their testimony. The dates are all different, the times don't match, and it was statements on the transcript that wasn't first recorded, or which the statement the officer had taken down I realize that I waived my rights. But the law states that it, can be appealed within 30 days which it was filed in a timely manner on January 20, 2015 because the 30th day fell on Saturday of January 17, 2015 and monday was legal holiday of January 19, 2015 which was Martin Luther King Day. The defect of my waiver of appeal shouldn't be valid because I went to trial and my time was given to me. In regards to my trial there was many rules that was broken. Rule 25.2(a); The waiver of rights rule applies only to plea bargains, in which I'm elgibile for a new trial. Rule 25.1(b) filed in timely manner. Rule 608(a) The credibility of witness and their honestness. Rule 412.2(b) There wasn't

RECEIVED
SUPREME COURT OF ARIZONA

any scientific or medical evidence presented by the prosector. (c) No investigation was done about prior and past behavior of victim. Rule 21.3 (e) Testimony was fraud from father and pastor as well as victim, and key witness. (h) Hearsay isn't suppose to stand in the court room. Only facts. Rule 21.9(d) Testimony of victim and witnesses wasn't true and had changed from police statements. Rule 44.4(b) Corrections in errors within the trial transcript that should've been brought up. Such as wrong dates and times. There are many errors and faults within my trial. I'm asking please look into my transcript again I'm not that type of guy I have daughters. I have lost almost everything that I worked so hard for in my life because of this. I know now that my lawyer guided me in the wrong path because he knew about all these errors and mistakes and didn't object to any of it. My life has been turned upside down because of these alligations. Before this I was in my kids life. I was a full time father, husband, and I worked full time. I haven't seen my children in a year. All I want is a chance to prove my innocence. I have lost a year of my life being in prison away from my wife and kids. I can't be the father and husband I should be because of this situation. May God please find it in your heart to please look over my transcript again and grant me a new trial so that I can be the man God has chose me to be. In my childrens life and with my family. Not everybody is a bad person and do the things like that. It is to many errors and mistakes in my trial and the most important thing is the fact that I'm not guilty is all the more reason. So, I'm please asking to look into my trial and not just the nature of charge and sentencing phase. God bless you and thanks you for you time.